UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FANTASY FLIGHT PUBLISHING, INC., | Case No: 11-CV-01928 (JRT/AJB) |
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| PUFFIN SOFTWARE; JOHANNES EDVARD PÄIVINEN, an individual; and DOES 1-10, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) Plaintiff hereby dismisses this action with prejudice and without costs to any party.

                MESSERLI & KRAMER P.A.

                s/ George R. Serdar
                George R. Serdar (#99259)
                1400 Fifth Street Towers
                100 South Fifth Street
                Minneapolis, MN 55402-1217
                612-672-3696
                gserdar@messerlikramer.com

                *Attorneys for Plaintiff*

*Of Counsel:*
Brian E. Lewis
Rosen Lewis, PLC
615 Second Ave. Suite 760
Seattle, WA 98104
Tel.: 206-772-9820
Fax: 206-407-3295
blewis@rosenlewis.com

925261.2